IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
DAVID FREDERICK,               *
                               *
         Plaintiff,            *
                               *
    v.                         *       CV 113-176
                               *
DEMOND BROWN, individually and *
in his capacity as an officer  *
with the Augusta-Richmond County *
Sheriff's Department, et al., *
                               *
         Defendants.           *
```

## O R D E R

In this action, Plaintiff David Frederick alleges Augusta-Richmond County, Georgia and eight named officers of the Augusta-Richmond County Sheriff's Department, among others unnamed, deprived him of his First, Fourth, Fifth, Thirteenth, and Fourteenth Amendment rights when he was arrested, purportedly with excessive force, for violating Augusta-Richmond County Ordinance No. 7042 ("the Ordinance"), a juvenile curfew ordinance. On March 25, 2014, this Court granted the parties' consent motion to stay all other proceedings in this matter pending resolution of Mr. Frederick's facial constitutional challenge. (Doc. 33.)

Mr. Frederick's brief (Doc. 34) appears to raise four distinct theories to invalidate the Ordinance: (1) vagueness, (2) overbreadth, (3) fundamental right to travel; (4) fundamental right

1

to rear children without undue government interference.[1] Neither Mr. Frederick nor Defendants, however, have broached the issue of whether Mr. Frederick's First Amendment claims — facial *and* as-applied — are justiciable. "An essential prerequisite to a federal court's power to entertain a suit is an Article III case or controversy." <u>Austin & Laurato, P.A. v. United States</u>, 539 F. App'x 957, 960 (11th Cir. 2013), <u>cert. denied</u>, 134 S. Ct. 1311 (2014). The Court's preliminary review raises considerable doubt that Mr. Frederick has standing to challenge the Ordinance under one or more of the aforementioned theories and/or his claims are moot because Mr. Frederick turned 18 approximately two years prior to filing this suit (<u>see</u> Compl., Doc. 1, ¶ 9).

Accordingly, a hearing shall be held on **WEDNESDAY, APRIL 1, 2015 at 10:00 A.M.** in Courtroom 2 of the Federal Justice Center located at 600 James Brown Boulevard, Augusta, Georgia, 30901. The Court **DIRECTS** the parties to prepare argument on Article III standing and mootness as is relevant to Mr. Frederick's First Amendment claims.

**ORDER ENTERED** at Augusta, Georgia, this 11th day of March, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] In identifying these theories, the Court neither expresses an opinion on their merits nor decides whether Mr. Frederick **adequately pled them in Count I of the Complaint.**

2