IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| DAVID FREDERICK, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 113-176 |
| DEMOND BROWN, et al., | ) ) ) | |
| Defendants. | ) | |

**ORDER**

Presently before the Court is the parties' stipulation of dismissal with prejudice. (Doc. 69). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DISMISSES WITH PREJUDICE** all claims in this matter. The clerk is **DIRECTED** to **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this __1ST__ day of February, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA